UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-21798-CIV-ZLOCH

VICTOR POLANCO-CABRERA,

    Petitioner,

vs.                                                        **O R D E R**

UNITED STATES OF AMERICA,

    Respondent.
_____/

    THIS MATTER is before the Court upon the Report And Recommendation (DE 4) filed herein by United States Magistrate Judge Patrick A. White. The Court has conducted a _de novo_ review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. That the Report And Recommendation (DE 4) filed herein by United States Magistrate Judge Patrick A. White, be and the same is hereby approved, ratified, and adopted by the Court, and all pending Motions be and the same are hereby **DENIED** as moot; and

    2. Final Judgment will be entered by separate order.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   30th   day of July, 2008.

                                            WILLIAM J. ZLOCH
                                            United States District Judge

Copies furnished:

The Honorable Patrick A. White
United States Magistrate Judge
All Parties and Counsel of Record